# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 6, 2010

141118

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

BLUE LAKE FINE ARTS CAMP,
        Plaintiff-Appellant,

v

BLUE LAKE TOWNSHIP ZONING
BOARD OF APPEALS, THE FORREST
J. HARRIS TRUST, and WAYNE HARRIS,
        Defendants-Appellees.

SC: 141118
COA: 282799
Muskegon CC: 2007-045600-AV

_____/

On order of the Court, the application for leave to appeal the February 23, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

DAVIS, J., not participating. I recuse myself and am not participating because I was on the Court of Appeals panel in this case. See MCR 2.003(B).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 6, 2010

Clerk

p0929